UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01185-JDE | Date | October 5, 2026 |
| Title | Kaveh Kevin Moshayedi v. Markwayne Mullin, et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order re Dismissal (JS-6)

As no defendant has filed or served an answer or motion for summary judgment in this action, Plaintiff's Notice of Voluntary Dismissal (Dkt. 11) is GRANTED under Fed. R. Civ. P. 41(a)(1)(A)(i) and this action is dismissed without prejudice and administratively closed (JS-6).

IT IS SO ORDERED.

Initials of Courtroom Deputy ARO